**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JEAN COULTER,                                              :   No. 59 WM 2020
                                                          :
                    Petitioner                            :
                                                          :
                                                          :
                                                          :
              v.                                          :
                                                          :
                                                          :
PHILIP A. IGNELZI, TIMOTHY P. O'REILLY,                   :
RONALD W. FOLINO, TONY BAGNATO,                           :
JAMIE L. LENZI, CIPRIANI & WERNER                         :
AND DAVID N. WECHT,                                       :
                                                          :
                    Respondents                           :

## ORDER

**PER CURIAM**

  **AND NOW**, this 31st day of July, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.

  Justice Wecht did not participate in the consideration or decision of this matter.